[No. 46758-5-II. Division Two. June 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLIXZANDER DEVELL HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00087-1, Sally F. Olsen, J., entered September 26, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.

[No. 47207-4-II. Division Two. June 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS MARK CORREA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01077-3, Carol Murphy, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Lee and Sutton, JJ.

[No. 47214-7-II. Division Two. June 1, 2016.]

CESLEE RITCHEY, *Respondent*, v. FRANK RITCHEY, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-3-00996-2, Gregory M. Gonzales, J., entered January 16, 2015. *Reversed* by unpublished opinion per Johanson, J., concurred in by Lee and Sutton, JJ.

[No. 47319-4-II. Division Two. June 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN GILBERT SOUTHMAYD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01551-1, Carol Murphy, J., entered March 17, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.